UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTGEN PAIN ASSOCIATES & REHABILITATION LLC; NEXTGEN REHAB LLC; NEXTGEN DIAGNOSTICS LLC; CARE RECOVERY LLC; METRO MED PAIN MANAGEMENT & REHAB PLC; ABDUL BAYDOUN; NURA KUTOB; ALI BEYDOUN; DAOUD FARAJ, M.D.; and HORST GRIESSER, M.D.,<br><br>Defendants. | C.A. No. 2:20-cv-12678-SFC-KGA |

## NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CARE RECOVERY LLC, METRO MED PAIN MANAGEMENT & REHAB PLC, ALI BEYDOUN, DAOUD FARAJ, M.D., AND HORST GRIESSER, M.D. ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company (collectively, "Allstate") hereby give notice that Allstate's Complaint (ECF No. 1) is voluntarily dismissed with prejudice as to

1

defendants Care Recovery LLC, Metro Med Pain Management & Rehab PLC, Ali Beydoun, Daoud Faraj, M.D., and Horst Griesser, M.D. only without costs or fees of any kind to any party pursuant to the terms of the confidential settlement agreement entered into by these parties.

    Respectfully submitted,

    SMITH & BRINK

    */s/ Jacquelyn A. McEttrick*

    Richard D. King, Jr.
    rking@smithbrink.com
    Nathan A. Tilden (P76969)
    ntilden@smithbrink.com
    Jacquelyn A. McEttrick
    jmcettrick@smithbrink.com
    John D. Tertan
    jtertan@smithbrink.com
    38777 Six Mile Road, Suite 314
    Livonia, MI 48152
    (734) 521-9000

    350 Granite Street, Suite 2204
    Braintree, MA 02184
    (617) 770-2214

    *Attorneys for Plaintiffs*

Dated:  January 11, 2021

## CERTIFICATE OF SERVICE

I, Jacquelyn A. McEttrick, counsel for Plaintiffs, hereby certify that on January 11, 2021, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

    SMITH & BRINK

    */s/ Jacquelyn A. McEttrick*

    Jacquelyn A. McEttrick
    jmcettrick@smithbrink.com
    350 Granite St., Suite 2204
    Braintree, MA 02184
    (617) 770-2214

    38777 Six Mile Road, Suite 314
    Livonia, MI 48152
    (734) 521-9000