UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; and ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTGEN PAIN ASSOCIATES & REHABILITATION LLC; NEXTGEN REHAB LLC; NEXTGEN DIAGNOSTICS LLC; ABDUL BAYDOUN; and NURA KUTOB,<br><br>Defendants. | C.A. No. 2:20-cv-12678-SFC-KGA |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NEXTGEN PAIN ASSOCIATES & REHABILITATION LLC, NEXTGEN REHAB LLC, NEXTGEN DIAGNOSTICS LLC, ABDUL BAYDOUN, AND NURA KUTOB ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company, Allstate Property and Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company (collectively, "Allstate") and defendants Nextgen Pain Associates & Rehabilitation LLC, Nextgen Rehab LLC, Nextgen Diagnostics LLC, Abdul Baydoun, and Nura Kutob, by and through their undersigned counsel, that Allstate's Complaint (ECF

1

No. 1) be dismissed with prejudice as to defendants Nextgen Pain Associates & Rehabilitation LLC, Nextgen Rehab LLC, Nextgen Diagnostics LLC, Abdul Baydoun, and Nura Kutob without costs or fees of any kind to any party.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 3rd DAY OF MARCH, 2021:

| | |
|---|---|
| *Allstate Insurance Company, Allstate Property and Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company,* | *Nextgen Pain Associates & Rehabilitation LLC, Nextgen Rehab LLC, Nextgen Diagnostics LLC, Abdul Baydoun, and Nura Kutob,* |
| By their Attorneys, | By their Attorney, |
| */s/ Jacquelyn A. McEttrick* | */s/ Michael S. Cafferty* |
| Richard D. King, Jr.<br>Nathan A. Tilden (P76969)<br>Jacquelyn A. McEttrick<br>John D. Tertan<br>SMITH & BRINK<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite St., Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214 | Michael S. Cafferty<br>CAFFERTY & ASSOCIATES, P.C.<br>333 W. Fort Street<br>Suite 1400<br>Detroit, MI 48226<br>(313) 964-3030 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; and ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTGEN PAIN ASSOCIATES & REHABILITATION LLC; NEXTGEN REHAB LLC; NEXTGEN DIAGNOSTICS LLC; ABDUL BAYDOUN; and NURA KUTOB,<br><br>Defendants. | C.A. No. 2:20-cv-12678-SFC-KGA |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NEXTGEN PAIN ASSOCIATES & REHABILITATION LLC, NEXTGEN REHAB LLC, NEXTGEN DIAGNOSTICS LLC, ABDUL BAYDOUN, AND NURA KUTOB ONLY**

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that plaintiffs' causes of action against defendants Nextgen Pain Associates & Rehabilitation LLC, Nextgen Rehab LLC, Nextgen Diagnostics LLC, Abdul Baydoun, and Nura Kutob are hereby dismissed with prejudice and without costs to any party.

4

IT IS SO ORDERED.

Dated: March 3, 2021                                  s/Sean F. Cox
                                                     Sean F. Cox
                                                     U. S. District Judge